UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CEDANO MERCEDES (A# 215-745-054), | No.  1:26-cv-04305 DC SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN, KROME NORTH SERVICE PROCESSING CENTER, et al., | |
| Respondents. | |

Petitioner is an immigration detainee who, through his next friend and U.S.-citizen spouse, Neyshalee Padilla Rivera, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the required filing fee.  ECF No. 1.  Petitioner filed the petition on May 28, 2026, in the U.S. District Court for Southern District of Florida.  Id.  On June 5, 2026, the Southern District of Florida transferred the action to this judicial district.  ECF No. 7.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the sua sponte appointment of counsel for Petitioner.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan, via email at sher@caed.uscourts.gov, who shall update the

1

docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the court hereby authorizes them to serve as *pro hac vice* CJA counsel for Petitioner for the duration of the proceedings in this court pursuant to Local Rule 180(b)(1) *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.  If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. § 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the court hereby authorizes said counsel's *pro hac vice* admission to practice before this court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

In accordance with the above, IT IS HEREBY ORDERED that:

1.    The Court sua sponte appoints counsel for Petitioner.

2.    Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan, via email at sher@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.

3.    The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

4.    Based on the appointment of counsel, the court sua sponte grants Petitioner leave to file an amended § 2241 petition within 21 days from the date of this order.  Within 7 days from Petitioner's filing, Respondents shall file either an amended answer/return or a notice indicating that they will stand on the previously filed motion to dismiss.  Petitioner shall have 3 days from the date of Respondent's answer/return or notice to file a reply.  If the parties agree on a different briefing schedule, they may submit a joint proposed order to the court based on their stipulation.

5.    In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondents shall not transfer Petitioner to another detention center outside of this judicial district, pending further order of the court.  See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966)

2

(emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

6.    In the event Petitioner obtains an immigration bond and it is paid resulting in his release, counsel for Petitioner shall inform the court as expeditiously as possible in order to conserve its limited judicial resources.  For the same reason, Respondents shall inform the court as expeditiously as possible in the event a travel document is obtained for Petitioner that will result in his imminent removal from this country.  Either party shall update the court by filing a Notice of Changed Circumstances that informs the court of the particular circumstances that have changed.

DATED: June 8, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

3