Catlin Law, PLLC
2722 3rd Avenue N., Suite 400
Billings, MT 59101
Telephone (406) 671-5021
Attorney for Petitioner

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CEDANO MERCEDES (A# 215-745-054),<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, KROME NORTH SERVICE PROCESSING CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-04305 DC SCR<br><br>Judge Sean C. Riordan<br><br>**STIPULATION AND [PROPOSED]ORDER FOR AMENDED BRIEFING SCHEDULE** |

The parties hereby jointly stipulate to an amended briefing schedule and request that the Court enter an Order adopting the schedule proposed below, amending the schedule previously ordered by the Court at ECF 11.

1.      Undersigned counsel for Petitioner was appointed on June 22, 2026.  Accordingly, Petitioner requests the Court grant Petitioner leave to file an amended § 2241 petition within 30 days of the Court's issuance of this amended scheduling order.

2.      The Respondent shall have 14 days from Petitioner's filing to file either an amended answer/return or a notice indicating that they will stand on the previously filed motion to dismiss.

3.      Petitioner shall have 7 days from the date of Respondent's answer/return or notice to file a reply.

IT IS SO STIPULATED.

FOR PETITIONER:                          FOR RESPONDENTS:


/s/ Cole Catlin                          /s/ Shelley Weger
**Cole Catlin**                          **Shelley Weger**
Catlin Law, PLLC                         Assistant United States Attorney
2722 3rd Avenue N., Suite 400            United States Attorney's Office
Billings, MT 59101                       51 I Street, Suite 10-100
                                         Sacramento, CA 95814

*Attorney for Petitioner*                *Attorney for Respondent*


[PROPOSED] ORDER


IT IS SO ORDERED.

DATED: June 25, 2026



SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE




2—*Stipulation and [Proposed] Order for Amended Briefing Schedule*